**UNITED STATES DISTRICT COURT**
**OF THE STATE OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **APRIL BOREN and SCOTT BURNETT, individually on behalf of themselves, and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**SAFEWAY, INC.**<br><br>**Defendant.** | **CASE NO.: 3:25-CV-00625-MO**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, SCOTT BURNETT ("Plaintiff Burnett"), and Defendant, SAFEWAY INC. (together, the "Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

1.  On April 17, 2025, Plaintiff April Boren and Plaintiff Burnett filed the instant action styled *April Boren and Scott Burnett, individually on behalf of themselves, and all others similarly situated v. Safeway, Inc.*, Case No. 3:25-CV-00625-MO [Dkt. No. 1];

2. On September 8, 2025, Plaintiff April Boren filed her Notice of Withdrawal of April Boren as Lead Class Representative [Dkt. No. 19] and Authorization to Withdraw as Lead Class Representative [Dkt. No. 19-1];

3. Through the Parties' meet and confer efforts, they agree as follows:

   a. Plaintiff Burnett's individual claims are dismissed with prejudice;

   b. The class and collective claims are dismissed without prejudice; and

   c. The Parties agree to each bear their own fees and costs.

Dated this 21st of October, 2025.

Respectfully submitted,

By: Angeli Murthy
Angeli Murthy, Esq.**
**MORGAN AND MORGAN, P.A.**
8151 Peters Rd., Suite 4000
Plantation, FL 33324
(954) 318-0268
amurthy@forthepeople.com

Jennifer F. Gould, Esq.
**MORGAN & MORGAN, P.A**.
1050 SW 6th Ave, Suite 03A
Portland, OR 97204
(689) 219-2401
Email: jgould@forthepeople.com

Kim De Arcangelis**
**MORGAN AND MORGAN, P.A.**
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
(407) 418-2069
KimD@forthepeople.com

*Attorneys for Plaintiff and the proposed FLSA Collective and Class*

**admitted *pro hac vice*

By: KC Hovda
KC Hovda, Esq., OCB No. 160764
**MILLER NASH LLP**
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155
Kc.hovda@millernash.com

Mara D. Curtis, Esq.,**
Brittany M. Hernandez, **
Tanner J. Hendershot, Esq.**
**REED SMITH**
515 South Flower St., Suite 4300
Los Angeles, CA 90071-1514
Phone: 213.457.8000
Fax: 213.457.8080
mcurtis@reedsmith.com
bmhernandez@reedsmith.com
thendershot@reedsmith.com

*Attorneys for Defendant Safeway, Inc.*

**IT IS SO ORDERED.**

Dated: October 22, 2025

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send notification of such filing to all counsel of record.

/s/ Angeli Murthy
Angeli Murthy, Esq.